# Court of Appeals
# of the State of Georgia

ATLANTA, September 18, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0065. ALLAN JOE v. YOLANDA PARKER SMITH, JUDGE.

Upon consideration of the APPELLANT'S RULE 40(C) ORIGINAL MANDAMUS in the above styled case, it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/18/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.